Query    Reports    Utilities    Help    What's New    Log Out

CLOSED

# U.S. District Court
## DISTRICT OF KANSAS (Wichita)
## CRIMINAL DOCKET FOR CASE #: 6:18-mj-06110-KGG-1

Case title: USA v. Tucker
Other court case number: 18-00153-01-CR-W-RK Western District of Missouri

Date Filed: 06/29/2018
Date Terminated: 06/29/2018

Assigned to: Magistrate Judge Kenneth G. Gale

**Defendant (1)**

**Joel Jerome Tucker**
*TERMINATED: 06/29/2018*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Removal of arrested defendant to Western District of Missouri | |

**Plaintiff**

**USA**                    represented by    **David M. Lind**
Office of United States Attorney - Wichita
301 North Main Street, Suite #1200

Wichita, KS 67202-4812  
316-269-6481  
Fax: 316-269-6484  
Alternative Phone:  
Cell Phone:  
Email: david.lind@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*  
*Bar Number: 12106*  
*Bar Status: Active*

Email All Attorneys  
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 06/29/2018 |  | ARREST (Rule 5(c)(3) Out) of Joel Jerome Tucker. (sz) (Entered: 06/29/2018) |
| 06/29/2018 | 1 | MINUTE ENTRY for proceedings held before Magistrate Judge Kenneth G. Gale: INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS as to Joel Jerome Tucker held on 6/29/2018. The Government adopted the recommendations of Pretrial Services for release on conditions. Defendant waived the right to an identity hearing. Court accepted the waiver and found Defendant to be person named. Defendant's next appearance as directed before Judge in charging district. (Tape #1:37-1:47.) (Attachments: # 1 Waiver Rule 5) (sz) (Entered: 06/29/2018) |
| 06/29/2018 | 2 | CJA 23 FINANCIAL AFFIDAVIT by Joel Jerome Tucker. (sz) (Entered: 06/29/2018) |
| 06/29/2018 | 3 | ORDER SETTING CONDITIONS OF RELEASE as to Joel Jerome Tucker (1) $5,000 unsecured bond. Signed by Magistrate Judge Kenneth G. Gale on 6/29/2018. (sz) (Entered: 06/29/2018) |
| 06/29/2018 | 4 | BOND POSTED as to Joel Jerome Tucker. (sz) (Entered: 06/29/2018) |
| 06/29/2018 | 5 | RULE 5(c)(3) REMOVAL HEARING PAPERS SENT TO Western District of Missouri as to Joel Jerome Tucker. (sz) (Entered: 06/29/2018) |
| 06/29/2018 | 6 | NOTICE to Western District of Missouri of a Rule 5 or Rule 32 Initial Appearance as to Joel Jerome Tucker. Your case number is: 18-00153-01-CR-W-RK. Docket sheet and documents attached. (If you require certified copies of any documents, please send a request to ksd_clerks_wichita@ksd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (sz) (Entered: 06/29/2018) |