Case 6:18-mj-06110-KGG   Document 1   Filed 06/29/18   Page 1 of 1

FILED
U.S. District Court
District of Kansas
JUN 29 2018
Clerk, U.S. District Court
By _____ Deputy Clerk

COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

Date: 6-29-18

Case No. 18-M-6110-01-KGG   United States v. Joel Jerome Tucker   Age: 49

### APPEARANCES:

**Government:** ☐ Anderson ☐ Barnett ☐ Furst ☐ Hart ☒ Lind ☐ Metzger ☐ Rodebaugh ☐ Smith ☐ Treaster ☐ Welch ☐ _____

**Defendant:** ☐ Failed to Appear ☒ In Person ☒ By Counsel: Jim Henry
☐ Retained ☐ CJA ☒ FPD

**Judge:** ☒ Gale ☐ Birzer   **Clerk:** ☒ Carter ☐ Merseal   **Probation:** ☐ Chirinos ☒ Madden ☐ _____   **Interpreter:** ☐ LuAnn Rivera ☐ Chip Worthington ☐ _____ ☐ Sworn ☐ Sworn ☐ Sworn

### PROCEEDINGS:

Tape No.: 1:37 - 1:47

☒ Rule 5 (10 min)   ☒ 5(c)(3)   ☐ Revocation   ☐ Super. Rel. Viol. ☐ Prob. Viol. ☐ Bond Viol.   ☐ Def. Arrested; Petition Unsealed

☐ Detention ☐ Waived
☐ Preliminary Hearing ☐ Waived
☐ Arraignment ☐ Waived Reading ☐ Read to Defendant ☐ Not Guilty ☐ Guilty
☐ Bond Hearing
☐ Change of Plea
☐ Sentencing
☐ Rule 20
☐ Other Hearing: _____

☐ Complaint ☒ Indictment ☐ Information
☒ No. of Counts/Viol.: 15   ☒ & Forfeiture
☒ Charges/Viol. explained to Defendant   ☒ Penalties explained
☒ Felony ☐ Misdemeanor
☒ Defendant's constitutional rights explained
☒ Defendant sworn/affirmed   ☒ Examined re: financial status
☒ Counsel Appointed

☐ Defendant given Consular Notification
☐ Defendant declined to waive Indictment
☐ Signed Waiver of Indictment
☐ Signed Consent to Proceed Before Magistrate
☐ Petition to Enter Plea filed
☐ Plea Agreement filed
☒ Advised of Rights under ☒ Rule 20 ☒ Rule 5(c)(3)
☐ Signed Consent to Transfer (Rule 20)
☒ Transfer under 5(c)(3) to: Western District of Missouri
☐ P.S.I. Ordered

☒ Release Ordered   ☒ Bond fixed at: $5,000 Unsec.   ☐ Continued on present bond/conditions
☐ Temp. Detention Ordered   ☐ Detention Ordered   ☐ Remanded to Custody

☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Government motion for detention is ☐ granted. ☐ denied. ☐ withdrawn.
☐ Defendant admitted violations as alleged in the Petition.
☒ The Government adopted the recommendations of Pretrial Services for release on conditions.
☒ Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named. ~~Defendant waived right to detention hrg. in Dist. of KS. Court accepted waiver & granted Govt. motion for detention pending proceed. in charging District.~~

**Defendant's next appearance:** ☒ as directed before Judge in charging district
☐ per Scheduling Order of Judge _____
☐ on: _____ at: _____ ☐ a.m. ☐ p.m. before Judge _____
for ☐ Detention Hearing ☐ Arraignment ☐ Preliminary Hearing ☐ _____

Notes:

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| United States of America, ) | |
| v. ) | Case No. 18-mj-06110-01 KGG |
| Joel Jerome Tucker, ) | |
| ) | Charging District's Case No.  18-00153-01-CR-W-RK |
| *Defendant* ) | |

**FILED**
U.S. District Court
District of Kansas
JUN 29 2018
Clerk, U.S. District Court
By _____ Deputy Clerk

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   __Western District of Missouri__

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 6-29-18

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Timothy J. Henry
_____
*Printed name of defendant's attorney*