# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 18-00153-01-CR-W-RK |
| JOEL JEROME TUCKER, | |
| Defendant. | |

## ENTRY OF APPEARANCE

Comes now the United States of America, by and through its undersigned attorney, James Curt Bohling, Assistant United States Attorney, and enters his appearance as co-counsel for the United States of America in the above-referenced case.

Respectfully submitted,

Timothy A. Garrison
United States Attorney

By:     */s/ Curt Bohling*
        James Curt Bohling
        Chief, Monetary Penalties Unit
        Assistant United States Attorney

        Charles Evans Whittaker Courthouse
        400 East Ninth Street, Suite 5510
        Kansas City, Missouri 64106
        Telephone:   (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on July 2, 2018, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record:

*/s/ Curt Bohling*
_____
James Curt Bohling
Assistant United States Attorney