## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                       Case No.   18-00153-01-CR-W-RK

Joel Jerome Tucker,

        Defendant.

_____

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

The above-named defendant, not having waived counsel, it is

ORDERED that Laine Cardarella, Federal Public Defender, and Steve Moss, William M. Ermine, Anita Burns, Travis Poindexter, Robert Kuchar, Ronna Holloman-Hughes, William Raymond, Carie Allen, Todd M. Schultz and Allison McKinsey English, Assistant Federal Public Defenders, Scarritt Building, Suite 300, 818 Grand Avenue, Kansas City, Missouri 64106, telephone number (816) 471-8282; David R. Mercer, Ann Koszuth, Michelle Nahon, Ian A. Lewis and Michelle Law, Assistant Federal Public Defenders, 901 St. Louis Street, Suite 801, Springfield, Missouri 65806, telephone number (417) 873-9022 and Troy Stabenow, Assistant Federal Public Defender, 221 Bolivar Street, Suite 104, Jefferson City, MO 65101, telephone number (573) 636-8747, be, and they are hereby, appointed to represent the defendant before the Court and in all proceedings thereafter unless and until relieved by order of the United States District Court for the Western District of Missouri.

Kansas City, Missouri
July 10, 2018

/s/ Matt J. Whitworth
MATT J. WHITWORTH
UNITED STATES MAGISTRATE JUDGE