# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-00153-01-CR-W-RK |
| | ) | |
| JOEL JEROME TUCKER, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR CONTINUANCE
## WITH SUGGESTIONS

Comes now the defendant, Joel Jerome Tucker, by his undersigned counsel, Anita L. Burns, Assistant Federal Public Defender in accordance with Rule 47, Fed. R. Crim. P. and Rules 7.1(b) and (c) of the Local Rules of Procedure of the United States District Court for the Western District of Missouri, and moves this Court, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) to remove this case from the Accelerated Joint Criminal Trial Docket scheduled to commence August 20, 2018 and to continue this case until the Accelerated Joint Criminal Trial Docket scheduled to commence January 7, 2019.

## SUGGESTIONS IN SUPPORT OF MOTION FOR CONTINUANCE

1. On July 10, 2018, the office of the Federal Public Defender was appointed to represent defendant Mr. Tucker.

2. On June 5, 2018, defendant was charged by indictment with twelve counts a violation of 18 U.S.C. §2314 ( Interstate Transportation of Stolen Money_; two counts of 18 U.S.C. §157 (Bankruptcy Fraud); and one count of 18 U.S.C.§1519 and 2.

3. The undersigned needs additional time to review and discuss all options with defendant so that he may make an informed decision.

4.      There are no objections to the granting of this continuance by Curt Bohling, Assistant United States Attorney.

5.      This continuance is sought not for the purpose of dilatory delay, but is sought in truth and fact that the defendant may be afforded due process of law under the Fifth Amendment to the United States Constitution and afforded effective assistance of counsel under the Sixth Amendment to the United States Constitution.  In accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B)(IV), it is submitted that the above-stated reasons for a continuance outweigh the best interests of the public and the defendant to a speedy trial which is required by 18 U.S.C. § 3161(c)(1).

6.      Under the provisions of 18 U.S.C. § 3161(h)(7)(A), the period of time until the next criminal trial docket should be excluded in computing the period of time in which the defendant should be brought to trial under the provisions of the Speedy Trial Act.

WHEREFORE, defendant Joel Jerome Tucker, respectfully requests this Court, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B), from the Accelerated Joint Criminal Trial Docket scheduled to commence August 20, 2018, and to continue this case until the Accelerated Joint Criminal Trial Docket scheduled to commence January 7, 2019.

                                      Respectfully submitted,

                                      /s/Anita L. Burns
                            ANITA L. BURNS
                                      Assistant Federal Public Defender
                                      818 Grand, Suite 300
                                      Kansas City, MO 64106
                                      (816) 471-8282

## CERTIFICATE OF SERVICE

In accordance with Rule 49(a), (b) and (d), Fed. R. Crim. P., and Rule 5(b), Fed. R. Civ. P., it is hereby CERTIFIED that the foregoing motion was electronically filed and emailed to Curt Bohling, Assistant United States Attorney, this 24th day of July, 2018.

/s/Anita L. Burns
Anita L. Burns