# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-00153-01-CR-RK |
| ) | |
| JOEL JEROME TUCKER, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW

COMES NOW Anita L. Burns, Assistant Federal Public Defender, appointed counsel for defendant, Joel Jerome Tucker, and moves this Court for an Order granting leave to withdraw as counsel of record for defendant Tucker.

## SUGGESTIONS IN SUPPORT

1. On July 10, 2018, the Honorable Matt J. Whitworth, United States Magistrate Judge appointed the Federal Public Defender to represent the defendant.

2. On August 30, 2019, James R. Hobbs and Marilyn B. Keller entered their appearances as attorney for Joel Jerome Tucker.

WHEREFORE, for the reasons set forth herein, Anita L. Burns moves this Court for an Order granting leave to withdraw as counsel of record for the defendant Joel Jerome Tucker.

    Respectfully submitted,

    /s/ Anita L. Burns
    Anita L. Burns
    Assistant Federal Public Defender
    1000 Walnut, Suite 600
    Kansas City, Missouri 64106
    (816) 471-8282

## CERTIFICATE OF SERVICE

In accordance with Rule 49(a), (b) and (d), Fed. R. Crim. P., and Rule 5(b), Fed. R. Civ. P., it is hereby certified that the foregoing Motion was electronically filed and transmitted to all counsel of record this 4th day of September, 2019.

/s/ Anita L. Burns
Anita L. Burns