# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>v.<br><br>JOEL JEROME TUCKER,<br>   Defendant. | Case No.: 4:18-00153-01-CR-W-RK<br><br>Date:  Thursday, July 16, 2020 |

## MINUTE SHEET

The Honorable Roseann Ketchmark, presiding at Kansas City, Missouri

Nature of Proceeding: Change of Plea

Time commenced:  1:32 p.m.     Time terminated:  2:00 p.m.

## APPEARANCES

Plaintiff's counsel:  Kathleen D. Mahoney and Patrick D. Daly, AUSA
Defendant's counsel:  James R. Hobbs, Retained
Probation officer:  Matthew Falkner

(1:32 pm)  **PROCEEDINGS IN COURTROOM:** Defendant appears to change his plea from not guilty to guilty to count(s) 1s, 14s, and 16s of a Superseding Indictment, filed 05/21/2019.

Defendant sworn. Charge and range of punishment read. Court questions defendant regarding physical and mental condition. Defendant advised of right to trial by jury, maximum and minimum terms of incarceration and fine ranges. No Plea Agreement filed. Court accepts defendant's plea; defendant adjudged guilty. Court orders Presentence Investigation Report.

Defendant continued on bond pending sentencing.

Court Reporter: Jean Crawford      Courtroom Deputy: LaTandra Wheeler