# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>v.<br><br>JOEL J. TUCKER,<br><br>                     Defendant. | Case No. 18-00153-01-CR-W-RK |

## GOVERNMENT'S LIST OF EXHIBITS

The United States of America by the undersigned counsel files the attached list of exhibits which the Government may offer at sentencing and requests leave to amend this list as needed.

                                                      Respectfully submitted,

                                                      Teresa A. Moore
                                                      Acting United States Attorney

By:    */s/ Kathleen D. Mahoney*

             Kathleen D. Mahoney
             Assistant United States Attorney

             Charles Evans Whittaker Courthouse
             400 East Ninth Street, Fifth Floor
             Kansas City, Missouri 64106
             Telephone:  (816) 426-3122

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a copy of the foregoing was delivered on June 7, 2021, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                                      */s/ Kathleen D. Mahoney*
                                                      _____
                                                      Kathleen D. Mahoney
                                                      Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.          Case No. 18-00153-01-CR-W-RK

JOEL J. TUCKER,

      Defendant.

E X H I B I T S

| | | |
|---|---|---|
| ˅ | = | Offered & admitted without objection. |
| X. | = | Offered & admitted over objection. |
| Ex. | = | Offered, but objected to and excluded. |
| N.O. | = | Marked but not offered. |
| D.B. | = | Admitted, de bene. |
| W.D. | = | Offered then withdrawn. |
| Ltd. | = | Admitted for limited purpose. |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | WHERE FOUND | DESCRIPTION |
|---|---|---|---|---|---|
| 1 | | | | D.E. 50-1 | Tucker's receipt of payments |
| 2 | | | | FTC exhibit 50-2 | Tucker accounting of debt sale to FTC |
| 3 | | | | FTC exhibit 4-7 | Declaration of debtor |
| 4 | | | | Bates 45721-36 | AMG cease and desist letters |
| 5 | | | | Bates 4743-4747 | Colleague/Tucker emails 3/26/16 |

  I certify that I have this date _____ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

PRINTED NAME

SIGNATURE

Page 1

Case 4:18-cr-00153-RK   Document 51   Filed 06/07/21   Page 2 of 3

| | | | | | |
|---|---|---|---|---|---|
| 6 | | | | Bates 4101 | Colleague/Tucker email 3/28/16 |
| 7 | | | | Bates 4807-08 | Colleague/Tucker emails 7/23/16 |
| 8 | | | | Bates 3698-3712 | Colleague affidavit |
| 9 | | | | Bates 54370-75 | US Bank account #4426 opening |
| 10 | | | | Bates 54332-54369 | US Bank account #4426 statements 5/25/17 – 11/30/17 |
| 11 | | | | Bates 63222-63265 | Grand jury transcript |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |
| 28 | | | | | |
| 29 | | | | | |
| 30 | | | | | |